IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE: )
GREGORY LEMONT JONES ) CASE NO: 18-00030-MFH-13
TIFFANY URILA JONES ) CHAPTER 13
506 B DEBRA DRIVE ) JUDGE HARRISON
GOODLETTSVILLE, TN 37072 )
SSN/ITIN: XXX-XX-3802/6590 )
    Debtor. )

## NOTICE OF CORRECT CREDITOR ADDRESS

COME NOW the Debtor, by and through counsel, and hereby gives notice of a creditor's correct address as follows:

**Incorrect Address**
Advance Financial
1596 Gallatin Pike N
Madison, TN 37115

**Correct Address**
Advance Financial
215 Gallatin Pike S
Madison, TN 37115

Respectfully submitted this the 9th day of January, 2018


/s/ *Jodie Thresher*
Jodie Thresher, 025730
Clark & Washington, LLC
Attorneys for Debtor(s)
237 French Landing Drive
Nashville, TN 37228
(615) 251-9782; Fax (615) 251-8919
Email: jthresher@cw13.com

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that on this the 9th day of January, 2018, true and correct copies of the foregoing have been served in the following manner:

***Email by Electronic Case Noticing to:***

Beth R. Derrick, Assistant U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

***By U.S. Postal Service, postage prepaid to:***

The debtor(s) at the address above
Advance Financial, 215 Gallatin Pike , Madison, TN 37115

***By Certified Mail to:***

***Total Mailings by U.S. Postal Service: 2***

/s/ *Jodie Thresher*
Jodie Thresher, #025730