CLARK AND WASHINGTON PC


L.B.
MAR 0 8 2018

# CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE
THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS



Name: **GREGORY LEMONT JONES**     Case No.  18-00030-MH3-13
341 Date:  March 6, 2018   2:00 pm

1. Is your current mailing address?   Yes ✓  No ___

   506 B DEBRA DR, GOODLETTSVILLE, TN  37072

   Email address (if not above): Jones1095 @ att.net

   If your address is not correctly listed, indicate your correct mailing address:

2. What is your current phone number?

   Home phone: 615 766 8362    Cell phone: 6156818563

3. Do you have a domestic support obligation such as child support?   Yes ✓  No ___

   If yes, please provide the following:

   Claimant's name (person you owe): Crystal Reid, Shenyan Sharkey

   Address: N/A

   Payment amount: $ $366 — $50 $240

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?   Yes ✓  No ___

4. Have you filed all required tax returns for the past four years?   Yes ✓  No ___

   Not required to file a tax return ___

   If no, why not and identify the specific years:

5. Have you previously filed bankruptcy?   Yes ✓  No ___

   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge?   Chapter 7

6. Are you currently employed at: USF Holland    Yes ✓  No ___

| | | |
|---|---|---|
| 7. | If you have had a change in employment since filing your Chapter 13 case- | |

Name & address of new employer  _____

_____

_____

New monthly income amount                                       $ _____

How often are you paid ?           Weekly ____  Every two weeks ____  Semi-Monthly ____  Monthly ____

| | | |
|---|---|---|
| 8. | Did you personally read and then sign the petition, schedules, statements and related documents? | Yes X   No ___ |
| 9. | Is the signature on the petition and the schedules your own? | Yes X   No ___ |
| 10. | Did you list everyone you owe money to in your schedules and statements? | Yes X   No ___ |
| 11. | Did you list everything you own in your schedules and statements? | Yes X   No ___ |
| 12. | Do you have a lawsuit or potential lawsuit against any person or company? | Yes ___  No X |
| 13. | I have reviewed my budget today. The budget is accurate and I can live on this budget. | Yes X   No ___ |

14. Identify the attorney or other individual with whom you determined which chapter to file under.
_Matt_____

Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan.
_Matt_____

15. The Trustee may send me notices by email.             ___yes___

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

_3/6/18_____                                          _[signature]_____
Date                                                     Debtor's Signature

**CLARK AND WASHINGTON PC**
Debtors Attorney

**GREGORY LEMONT JONES**

| For Trustee Use Only |
|---|
| Tax Return received ✓ |
| Pay Advices received ✓ |

CLARK AND WASHINGTON PC

L.B.
MAR 0 8 2018

CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE
THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH
DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS



Name: TIFFANY URIIA JONES

Case No. 18-00030-MH3-13
341 Date: March 6, 2018  2:00 pm

1. Is your current mailing address?  Yes _X_ No ___

   506 B DEBRA DR, GOODLETTSVILLE, TN 37072

   Email address (if not above): Jones1095@att.net

   If your address is not correctly listed, indicate your correct mailing address:

2. What is your current phone number?

   Home phone: 615-766-8362    Cell phone: 615-681-8523

3. Do you have a domestic support obligation such as child support?  Yes ___ No _X_

   If yes, please provide the following:

   Claimant's name (person you owe): _____

   Address: _____

   Payment amount: $_____

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?  Yes ___ No ___

4. Have you filed all required tax returns for the past four years?  Yes _X_ No ___

   Not required to file a tax return ___

   If no, why not and identify the specific years: _____

5. Have you previously filed bankruptcy?  Yes _X_ No ___

   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge?  Chapter 7 (2009, 1998)

6. Are you currently employed at:  Yes _X_ No ___

   Dollar General Corp

7. If you have had a change in employment since filing your Chapter 13 case-

   Name & address of new employer _____

   New monthly income amount $_____

   How often are you paid? Weekly ____ Every two weeks ____ Semi-Monthly _X_ Monthly ____

8. Did you personally read and then sign the petition, schedules, statements and related documents? Yes _X_ No ____

9. Is the signature on the petition and the schedules your own? Yes _X_ No ____

10. Did you list everyone you owe money to in your schedules and statements? Yes _X_ No ____

11. Did you list everything you own in your schedules and statements? Yes _X_ No ____

12. Do you have a lawsuit or potential lawsuit against any person or company? Yes ____ No _X_

13. I have reviewed my budget today. The budget is accurate and I can live on this budget. Yes _X_ No ____

14. Identify the attorney or other individual with whom you determined which chapter to file under. Matt

    Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan. Matt

15. The Trustee may send me notices by email. yes

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

3/10/18
Date

Debtor's Signature

**CLARK AND WASHINGTON PC**
Debtors Attorney

**TIFFANY URIIA JONES**

| For Trustee Use Only |
| --- |
| Tax Return received ✓ |
| Pay Advices received ✓ |

SCANNED MAR 0 8 2018 L.B. 

**CLARK AND WASHINGTON PC**

## CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS

Name: **GREGORY LEMONT JONES**

Case No. **18-00030-MH3-13**

341 Date: **February 20, 2018 11:00 am**

1. Is your current mailing address? Yes ___ No ___

   506 B DEBRA DR, GOODLETTSVILLE, TN 37072

   Email address (if not above): Jones1095@att.nett

   If your address is not correctly listed, indicate your correct mailing address:

2. What is your current phone number?

   Home phone: 615 766 8362    Cell phone: 615 681-8563

3. Do you have a domestic support obligation such as child support? Yes ✓ No ___

   If yes, please provide the following:

   Claimant's name (person you owe): CRYSTAL REID

   Address:

   Payment amount: $

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case? Yes ✓ No ___

4. Have you filed all required tax returns for the past four years? Yes ✓ No ___

   Not required to file a tax return ___

   If no, why not and identify the specific years:

5. Have you previously filed bankruptcy? Yes ✓ No ___

   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge? Chapter 7 2009

6. Are you currently employed at: USF Holland 500 Oakbluff Ln Goodlettsville TN 37072    Yes ✓ No ___

| | |
|---|---|
| 7. If you have had a change in employment since filing your Chapter 13 case- | NO |

Name & address of new employer _____

_____

_____

New monthly income amount                                                                    $ _____

How often are you paid ?          Weekly ____ Every two weeks ____ Semi-Monthly ____ Monthly ____

| | | |
|---|---|---|
| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes ✓ | No ___ |
| 9. Is the signature on the petition and the schedules your own? | Yes ✓ | No ___ |
| 10. Did you list everyone you owe money to in your schedules and statements? | Yes ✓ | No ___ |
| 11. Did you list everything you own in your schedules and statements? | Yes ✓ | No ___ |
| 12. Do you have a lawsuit or potential lawsuit against any person or company? | Yes ✗ | No ✓ |
| 13. I have reviewed my budget today. The budget is accurate and I can live on this budget. | Yes ✓ | No ___ |

14. Identify the attorney or other individual with whom you determined which chapter to file under.   Matt Schulenberg

Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan.   Matt Schulenberg

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

2/20/18
Date

_____
Debtor's Signature

**CLARK AND WASHINGTON PC**
Debtors Attorney

**GREGORY LEMONT JONES**

| For Trustee Use Only |
|---|
| Tax Return received _____ |
| Pay Advices received ✓ |

# CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH
DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS

Name: **TIFFANY URIIA JONES**  Case No. **18-00030-MH3-13**  341 Date: **February 20, 2018 11:00 am**

1. Is your current mailing address?  Yes ☒  No ___
   506 B DEBRA DR, GOODLETTSVILLE, TN 37072
   Email address (if not above): jonestoys@att.net
   If your address is not correctly listed, indicate your correct mailing address:

2. What is your current phone number?
   Home phone: 615.767.8363   Cell phone: 615.681.8523

3. Do you have a domestic support obligation such as child support?  Yes ___  No ☒
   If yes, please provide the following :
   Claimant's name (person you owe):
   Address:
   Payment amount: $
   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?  Yes ___  No ___

4. Have you filed all required tax returns for the past four years?  Yes ☒  No ___
   Not required to file a tax return ___
   If no, why not and identify the specific years:

5. Have you previously filed bankruptcy?  Yes ☒  No ___
   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge?
   Chapter 7, 2009 + 1998

6. Are you currently employed at:  Yes ☒  No ___
   Dollar General Corporation

SCANNED
MAR 0 8 2018
L.B.
CLARK AND WASHINGTON PC

| | | |
|---|---|---|
| 7. If you have had a change in employment since filing your Chapter 13 case- | Yes ____ | No _X_ |
| New monthly income amount | $ _____ | |
| Name & address of new employer | _____ | |
| How often are you paid? Weekly ___ Every two weeks ___ Semi-Monthly ___ Monthly ___ | | |
| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes _X_ | No ___ |
| 9. Is the signature on the petition and the schedules your own? | Yes _X_ | No ___ |
| 10. Did you list everyone you owe money to in your schedules and statements? | Yes _X_ | No ___ |
| 11. Did you list everything you own in your schedules and statements? | Yes _X_ | No ___ |
| 12. Do you have a lawsuit or potential lawsuit against any person or company? | Yes ___ | No _X_ |
| 13. I have reviewed my budget today. The budget is accurate and I can live on this budget. | Yes _X_ | No ___ |

14. Identify the attorney or other individual with whom you determined which chapter to file under.  *Matt Schulenburg*

   Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan.  *Matt Schulenburg*

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

2/20/18
Date

*[Debtor's Signature]*

**CLARK AND WASHINGTON PC**
Debtors Attorney

**TIFFANY URIIA JONES**

**For Trustee Use Only**

**Tax Return received** _____

**Pay Advices received** __✓__