**Form mot522**

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:18−bk−00030**
**Chapter 13**

In re:

| | |
|---|---|
| GREGORY LEMONT JONES<br>271 WILDCAT RUN<br>GALLATIN, TN 37066 | TIFFANY URIIA JONES<br>271 WILDCAT RUN<br>GALLATIN, TN 37066 |

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 5/9/23
IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: 5/24/23 at 09:00 AM at Joint Hearing Courtroom (NSH), (Virtual hearing if allowed, see website for details); 701 Broadway, Nashville, TN 37203**

---

### NOTICE OF MOTION FOR § 522(q)(1) ORDER

Debtor(s) has/have moved the court for an order finding the exemption limitations in § 522(q)(1) are not applicable.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before 5/9/23, you or your attorney must

1. File with the court your response or objection explaining your position. PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: https://ecf.tnmb.uscourts.gov.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736−5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, Room 170, Nashville, TN (Monday – Friday, 8:00 a.m. – 4:00 p.m.).

2. **Your response must state that the deadline for filing responses is 5/9/23, the date of** the scheduled hearing is 5/24/23 and the motion to which you are responding is a Motion for § 522(q)(1) Order.

3. You must serve your response or objection **by electronic service through the Electronic Filing** system described above.

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE. You may check whether a timely response has been filed by calling the Clerk's office at (615) 736−5584 or viewing the case on the Court's website at https://ecf.tnmb.uscourts.gov.

   If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
Case No. **3:18−bk−00030**
Chapter 13

In re:

GREGORY LEMONT JONES　　　　　　　　TIFFANY URIIA JONES
271 WILDCAT RUN　　　　　　　　　　　　271 WILDCAT RUN
GALLATIN, TN 37066　　　　　　　　　　　GALLATIN, TN 37066

**MOTION FOR § 522(q)(1) ORDER**

　　Pursuant to 11 U.S.C. § 1328(h), Debtor(s) move(s) the Court for an Order finding that there is no reasonable cause to believe that the exemption limitations of § 522(q)(1) are applicable.

　　Debtor(s) is/are not exempting any amount of interest in property described in § 522(p)(1)(A)−(D) which exceeds $160,375 in aggregate. There are no proceedings pending in which debtor(s) may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:18–bk–00030**
**Chapter 13**

In re:

GREGORY LEMONT JONES
271 WILDCAT RUN
GALLATIN, TN 37066

TIFFANY URIIA JONES
271 WILDCAT RUN
GALLATIN, TN 37066

**PROPOSED § 522(q)(1) ORDER**

Debtor(s) moved the Court for an Order finding that there is no reasonable cause to believe that the exemption limitations of § 522(q)(1) are applicable, and there were no objections

The Court therefore finds that Debtor(s) is/are not exempting any amount of interest in property described in § 522(p)(1)(A)–(D) which exceeds $160,375 in aggregate and there are no proceedings pending in which debtor(s) may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

It is so **ORDERED**